

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2023

No. 04-23-00347-CR

**IN RE** Jesus Emmanuel **LUNA ORDUNA**

Original Proceeding[1]

### ORDER

On April 13, 2023, Relator filed a petition for writ of mandamus. After considering the petition and the record, the court concludes relator is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We **DISMISS** any pending motions as moot.

It is so **ORDERED** on November 8, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 13975CR, styled *State of Texas v. Jesus Emmanuel Luna Orduna*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.